```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE PINEDA-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-0320-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JOSE PINEDA-MENDOZA | ) | Date:  September 12, 2011 |
| | ) | Time:  8:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from August 15, 2011, to September 12, 2011 at 8:30 a.m. They stipulate that the time between August 15, 2011 and September 12, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

1  in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2  Dated: August 10, 2011                    Respectfully submitted,

3                                            DANIEL BRODERICK
                                             Federal Defender

5                                            */s/ Douglas Beevers*

6                                            DOUGLAS BEEVERS
                                             Assistant Federal Defender
7                                            Attorney for Defendant
                                             JOSE PINEDA-MENDOZA

9  Dated: August 10, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney

11                                           */s/ Daniel S. McConkie*

12                                           DANIEL S. MCCONKIE
                                             Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 15, 2011, be continued to September 12, 2011, at 8:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 12, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: August 12, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                        -2-