Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
JOSE PINEDA-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOSE PINEDA-MENDOZA,<br><br>　　　Defendant. | Case No. 11-CR-00320-WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL<br><br>Date: September 12, 2010<br>Time: 8:30 a.m.<br>Courtroom 5, Hon. William B. Shubb |

　　　Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the September 12, 2011 Status date in this matter be continued to October 17, 2011. Counsel agree and stipulate that defense counsel has just substituted into this case and has not had time to obtain the discovery, review it and then discuss it with defendant.

　　　Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the date of this Order until October 17, 2011. Exclusion of time is proper pursuant to 18 U.S.C.

3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to allow the defense additional time to prepare its case, thereby ensuring effective assistance of counsel.

Respectfully submitted,

Date: September 7, 2011                   /s/
                                          Daniel S. McConkie
                                          Assistant United States Attorney

Date: September 7, 2011                   /s/
                                          Brian J. Petersen
                                          Attorney for Defendant
                                          JOSE PINEDA-MENDOZA

## DECLARATION OF BRIAN J. PETERSEN

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein JOSE PINEDA-MENDOZA ("defendant"). I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true. If called to testify in this matter, I could and would do so competently.

1. I was retained by defendant's family on August 31, 2011. On September 2, 2011, I met with defendant and an interpreter and defendant signed a Substitution of Attorneys. I electronically filed that Substitution today.

2. I informed Federal Public Defender Douglas Beevers on August 31, 2011 that I would be taking the case. Mr. Beevers provided me with a few pages of the discovery by email, and was going to give me the rest (contained on three CD-ROM's) on September 2, 2011. I arrived in Sacramento too late that day because of traffic to get to the Federal Public Defender's office, but I expect that I will get the balance of the discovery from them within the next few days.

3. On September 1, 2011, I informed Assistant United States Attorney Daniel S. McConkie that I would be substituting in, and discussed postponing the next status conference date from September 12, 2011 to October 17, 2011. Mr. McConkie agreed to the new date and informed me that I could "sign" this Stipulation on his behalf.

4. On September 2, 2011, I informed defendant that we would be asking to continue the status date from September 12, 2011 to October 17, 2011. He wants me to have enough time to prepare and does not object to the continuance.

5. I am informed and believe that October 17, 2011 is an available date for the Court.

I declare under penalty of perjury pursuant to California law, that the foregoing is true and correct, except as to matters I allege based on information and belief, and as to those matters, I believe them to be true. This declaration was executed at San Francisco, California, on the date indicated below.

Dated: September 7, 2011                                      _____/s/_____
                                                              Brian J. Petersen

**ORDER**

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of September 12, 2011 is continued to October 17, 2011. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit adequate preparation of counsel.

Date:   September 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE