Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
JOSE PINEDA-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 11-CR-00320-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL |
| JOSE PINEDA-MENDOZA, | Date: October 17, 2011 |
| Defendant. | Time: 10:00 a.m. |
| | Courtroom 5, Hon. William B. Shubb |

Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the October 17, 2011 Status date in this matter be continued to December 12, 2011. Counsel agree and stipulate that defense counsel has requested additional discovery from the prosecution, the prosecution is trying to get it, and defense counsel needs additional time to review it and then discuss the case with defendant.

Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the date of this Order until December 12, 2011. Exclusion of time is proper pursuant to 18 U.S.C.

3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to allow the defense additional time to prepare its case, thereby ensuring effective assistance of counsel.

Respectfully submitted,

Date: October 11, 2011            /s/
                                  Daniel S. McConkie
                                  Assistant United States Attorney

Date: October 11, 2011            /s/
                                  Brian J. Petersen
                                  Attorney for Defendant
                                  JOSE PINEDA-MENDOZA

## DECLARATION OF BRIAN J. PETERSEN

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein JOSE PINEDA-MENDOZA ("defendant"). I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true. If called to testify in this matter, I could and would do so competently.

1.    I filed a Substitution of Attorneys in this matter on September 4, 2011, which was approved by the Court shortly thereafter. Around the same time, by stipulation counsel for the government and myself continued the status date until October 17, 2011.

2.    Since then, I obtained and reviewed all of the discovery and met with my client and an interpreter to discuss it. On September 28, 2011, I requested some additional evidence from AUSA Daniel McConkie, and he informed me today that he is still trying to get it for me, if it exists.

3.    Mr. McConkie and I have agreed to postpone the next status conference date from October 17, 2011 to December 12, 2011. Mr. McConkie agreed to the new date and

1 informed me that I could "sign" this Stipulation on his behalf.

2     4.    On October 4, 2011, I informed defendant that we would be asking to continue
3 the status date from October 17, 2011 until after Thanksgiving.  He wants me to have enough
4 time to prepare and does not object to the continuance.

5     5.    I am informed and believe that December 12, 2011 is an available date for the
6 Court.

7     I declare under penalty of perjury pursuant to California law, that the foregoing is true
8 and correct, except as to matters I allege based on information and belief, and as to those
9 matters, I believe them to be true. This declaration was executed at San Francisco, California,
10 on the date indicated below.

11 Dated: October 11, 2011                                           /S/
12                                                                Brian J. Petersen

1 **[~~PROPOSED~~] ORDER**

2 Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED
3 THAT:
4 The status date of October 17, 2011 is continued to December 12, 2011 at 9;30 a.m.
5 Based on the stipulated facts set forth above, the Court finds that exclusion of time under the
6 Speedy Trial Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit
7 adequate preparation of counsel.

10 Dated: October 12, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE