Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
JOSE PINEDA-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 11-CR-00320-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL |
| JOSE PINEDA-MENDOZA, | Date: February 6, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Courtroom 5, Hon. William B. Shubb |

Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the February 6, 2012 Status date in this matter be continued to March 12, 2012. Counsel agree and stipulate that the prosecution has provided additional discovery pursuant to defense requests and is seeking further discovery, that both parties continue to perform additional investigation, and that the parties are actively engaged in settlement discussions.

Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the

1  date of this Order until March 12, 2012.  Exclusion of time is proper pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and (B) and local code T4 because the requested continuance is intended to
3  allow the defense additional time to prepare its case, thereby ensuring effective assistance of
4  counsel.

5                                                  Respectfully submitted,

7  Date: February 2, 2012                             /s/
8                                              Daniel S. McConkie
                                            Assistant United States Attorney

10  Date: February 2, 2012                             /s/
11                                              Brian J. Petersen
                                            Attorney for Defendant
12                                              JOSE PINEDA-MENDOZA

14                              **DECLARATION OF BRIAN J. PETERSEN**

15       I am an attorney at law, licensed to practice before all courts of the State of California,
16  and I have been retained by defendant herein JOSE PINEDA-MENDOZA ("defendant").  I
17  make this declaration from facts within my own personal knowledge, except where stated on
18  information and belief, in which case I believe the facts stated to be true.  If called to testify in
19  this matter, I could and would do so competently.

20       1.     I filed a Substitution of Attorneys in this matter on September 4, 2011, which was
21  approved by the Court shortly thereafter.  Around the same time, by stipulation counsel for the
22  government and myself continued the status date until October 17, 2011.

23       2.     Since then, I obtained and reviewed all of the discovery and met with my client
24  and an interpreter to discuss it.  On September 28, 2011, I requested some additional evidence
25  from AUSA Daniel McConkie.

26       3.     Mr. McConkie and I stipulated to continue the next status conference date from
27  October 17, 2011 to December 12, 2011, and then to February 6, 2012, and the Court
28  approved the requests.  During that period, Mr. McConkie obtained some of the discovery I

1  requested, and is continuing to try to get me the rest. Mr. McConkie and I met in person on
2  November 29, 2011 to discuss the case. I have proposed a way to Mr. McConkie to resolve
3  the case, and he is considering my proposal and suggested that he might make a counter-
4  proposal after discussing the matter in his office.

5      4.    Mr. McConkie and I need more time to discuss my proposal, as well as to confirm
6  that he has provided me all of the discovery that he wants to try to obtain at my request. If
7  those discussions do not resolve the case or otherwise remove it from the Court's calendar,
8  we would be prepared to set a trial and motion(s) schedule in this matter.

9      5.    I have explained to defendant and his family what is going on, including our plan
10 to ask to continue the February 6, 2012 status date. Defendant wants me to have enough time
11 to prepare and does not object to the continuance.

12     6.    Mr. McConkie and I have agreed to a new date of March 12, 2012, and Mr.
13 McConkie informed me that I could "sign" this Stipulation on his behalf.

14     7.    I am informed and believe that March 12, 2012 is an available date for the Court.
15 I declare under penalty of perjury pursuant to California law, that the foregoing is true
16 and correct, except as to matters I allege based on information and belief, and as to those
17 matters, I believe them to be true. This declaration was executed at San Francisco, California,
18 on the date indicated below.

21 Date: February 2, 2012                    /s/
                                          Brian J. Petersen

**[PROPOSED] ORDER**

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of February 6, 2012 is continued to March 12, 2012 at 9:30 a.m. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(7)(A) and (B) and local code T4) is appropriate to permit adequate preparation of counsel. The Court further finds that the ends of justice in this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:   February 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL                Page 4                No. 11-CR-00320-WBS