Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
JOSE PINEDA-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 11-CR-00320-WBS |
| Plaintiff, | **[PROPOSED] ORDER FOR ISSUANCE OF SUBPOENA RETURNABLE BEFORE TRIAL; EX PARTE APPLICATION FOR ISSUANCE OF SAME** |
| v. | |
| JOSE PINEDA-MENDOZA, | |
| Defendant. | Courtroom 5, Hon. William B. Shubb |

On the motion of the defendant JOSE PINEDA-MENDOZA, pursuant to rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoena issue for the specified "Original Productions" records, and that any fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

Date: March 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE