Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Email: jdsarcata@yahoo.com

Attorneys for Defendant
JOSE PINEDA-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 11-CR-00320-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL |
| JOSE PINEDA-MENDOZA, | |
| Defendant. | Date: November 5, 2012<br>Time: 10:00 a.m.<br>Courtroom 5, Hon. William B. Shubb |

Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the November 5, 2012 Status date in this matter be continued to November 26, 2012. Counsel agree and stipulate that the government and defense have been discussing settlement since the last status date, that the government received authorization and made its final offer just this morning, and that defense counsel needs time to discuss it with defendant and an interpreter, and for the parties to prepare and review papers if defendant is going to change his plea.

Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the

1  date of this Order until November 26, 2012.  Exclusion of time is proper pursuant to 18 U.S.C.
2  § 3161(h)(7)(A) and (B) and local code T4 because the requested continuance is intended to
3  allow the defense additional time to prepare its case, thereby ensuring effective assistance of
4  counsel.

Respectfully submitted,

Date: November 2, 2012        Daniel S. McConkie
                              Daniel S. McConkie
                              Assistant United States Attorney

Date: November 2, 2012        Brian J. Petersen
                              Brian J. Petersen
                              Attorney for Defendant
                              JOSE PINEDA-MENDOZA

### DECLARATION OF BRIAN J. PETERSEN

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein JOSE PINEDA-MENDOZA ("defendant").  I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true.  If called to testify in this matter, I could and would do so competently.

1.  On September 13, 2012, Magistrate Judge Hollows granted the motion of non-party Original Productions, Inc. to quash further compliance with defendant's Rule 17 subpoena.  The Order was filed on September 14, 2012.

2.  Since then, AUSA Daniel McConkie and I have discussed settlement, and I have also discussed it with defendant.  I obtained and provided some additional information to Mr. McConkie about defendant's background and Mr. McConkie considered it.

3.  Mr. McConkie just today received authorization for an offer that I am not yet authorized to accept on defendant's behalf.  I need time to discuss it with defendant, and must do that in person with the assistance of an interpreter.

1    4.    AUSA Daniel McConkie and I have agreed to ask the Court to postpone the
2 November 5, 2012 status conference date until November 26, 2012 in order to allow me to do
3 this.
4    5.    I am informed and believe that November 26, 2012 is an available date for the
5 Court.
6    I declare under penalty of perjury pursuant to California law, that the foregoing is true
7 and correct, except as to matters I allege based on information and belief, and as to those
8 matters, I believe them to be true. This declaration was executed at San Francisco, California,
9 on the date indicated below.

Dated: November 2, 2012                    _____Brian J. Petersen_____
                                                          Brian J. Petersen

**ORDER**

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of November 5, 2012 is continued to November 26, 2012 at 9:30 a.m. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(7)(A) and (B) and local code T4) is appropriate to permit adequate preparation of counsel. The Court further finds that the ends of justice in this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Date:  November 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE