1  Brian J. Petersen
   PETERSEN LAW OFFICE
2  360 Ritch Street, Suite 201
   San Francisco, CA 94107
3  Tel: (415) 777-3174
   Email: bjp@well.com
4
   Jeffrey D. Schwartz
5  ATTORNEY AT LAW
   Jacoby's Storehouse
6  791 8th Street, Suite H
   Arcata, CA 95521
7  Tel: (707) 822-2707
   Email: jdsarcata@yahoo.com
8
   Attorneys for Defendant
9  JOSE PINEDA-MENDOZA

10

11

12              UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA

14                    AT SACRAMENTO

15  THE UNITED STATES OF AMERICA,      ) Case No. 11-CR-00320-WBS
                                        )
16       Plaintiff,                     )
                                        )
17  v.                                  ) STIPULATION AND [PROPOSED]
                                        ) ORDER CONTINUING SENTENCING
18  JOSE PINEDA-MENDOZA,                ) DATE; DECLARATION OF COUNSEL
                                        )
19       Defendant.                     ) Date: February 11, 2013
                                        ) Time: 10:00 a.m.
20  _____ ) Courtroom 5, Hon. William B. Shubb

21       Counsel for the government and defendant respectfully submit this Stipulation and

22  [Proposed] Order requesting that the February 11, 2013 sentencing date in this matter be

23  continued to April 1, 2013 at 9:30 a.m.  Counsel agree and stipulate that defense counsel is

24  engaged in a multiple defendant multiple armed robbery trial in San Francisco Superior Court

25  and is unlikely to be available on any Monday before April 1, 2013.

26       Counsel further stipulate to good cause under FRCrP. 32(b)(2) to postpone the

27  sentencing date since the Court has discretion regarding the specific sentence to be imposed

28  and defendant desires to have the attorney who negotiated the plea agreement and prepared

1  the sentencing memorandum represent him at sentencing.

2

3                                    Respectfully submitted,

4

5  Date: February 4, 2013            _____
                                      Daniel S. McConkie
6                                    Daniel S. McConkie
                                      Assistant United States Attorney
7

8
   Date: February 4, 2013            _____
9                                    Brian J. Petersen
                                      Brian J. Petersen
10                                   Attorney for Defendant
                                      JOSE PINEDA-MENDOZA
11

12                    **DECLARATION OF BRIAN J. PETERSEN**

13        I am an attorney at law, licensed to practice before all courts of the State of California,

14  and I have been retained by defendant herein JOSE PINEDA-MENDOZA ("defendant").  I

15  make this declaration from facts within my own personal knowledge, except where stated on

16  information and belief, in which case I believe the facts stated to be true.  If called to testify in

17  this matter, I could and would do so competently.

18        1.     On November 26, 2012, defendant signed a plea agreement in open court,

19  entered a plea of guilty and sentencing was set for February 11, 2013.  The plea agreement

20  provides that the Court may impose a sentence of between 72 and 90 months.

21        2.     Prior to November 26, 2012, I was appointed to represent the defendant in

22  *People v. Broshuis*, San Francisco Superior Court number MCN 12029624.  Mr. Broshuis is

23  charged with four separate armed robberies and has two co-defendants.  On December 12,

24  2012, Mr. Broshuis was arraigned on the Information in Superior Court.  He as well as a co-

25  defendant requested speedy trials and the last day for trial was set for February 11, 2013.

26        3.     We were assigned to a trial department (Dept. 13; Hon. Brendan Conroy; (415)

27  551-0313) this morning, and Judge Conroy has indicated that we will be in session on

28  February 11, 2013, especially since a jury must be sworn by that date to meet the speedy trial

1  deadlines.  The Broshuis trial will likely not be in session on Fridays.

2          4.      Since defendant entered his plea in this matter, the US Probation Department
3  has interviewed him, reviewed materials I provided to them, prepared a draft Presentence
4  Investigation Report (PSR), considered my objections and requests, and completed the final
5  PSR.  I have prepared and filed my own Sentencing Memorandum and I believe the matter
6  is ready to proceed to sentencing and judgment.

7          5.      I am seeking to delay the sentencing only long enough for me to be present.  I
8  am informed and believe that it is not possible do the sentencing in this case on a Friday,
9  when I would not be in trial in the Broshuis case.  The Broshuis trial is expected to last at least
10  six weeks.  The earliest Monday that I expect to be available is April 1, 2013.

11          6.      AUSA Daniel McConkie and I have agreed to ask the Court to postpone the
12  February 11, 2013 sentencing date until April 1, 2013 to accommodate my trial schedule and
13  Mr. McConkie has authorized me to sign this Stipulation on his behalf.

14          7.      I am informed and believe that April 1, 2013 is an available date for the Court.

15          I declare under penalty of perjury pursuant to California law, that the foregoing is true
16  and correct, except as to matters I allege based on information and belief, and as to those
17  matters, I believe them to be true. This declaration was executed at San Francisco, California,
18  on the date indicated below.

19
20  Dated: February 4, 2013                          _____ Brian J. Petersen _____
                                                                  Brian J. Petersen

21

22

23

24

25

26

27

28

1

**ORDER**

2     Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED

3  THAT:

4     The sentencing date of February 11, 2013 is continued to April 1, 2013 at 9:30 a.m.

5  Based on the stipulated facts set forth above, the Court finds good cause under FRCrP.

6  32(b)(2) to postpone the sentencing date since the Court has discretion regarding the specific

7  sentence to be imposed and defendant desires to have the attorney who negotiated the plea

8  agreement and prepared the sentencing memorandum represent him at sentencing.

9

10 Date:   February 5, 2013

11

12

13     WILLIAM B. SHUBB
       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28